IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.          CASE NO. 4:11cr00254-01 JMM

DURRELL ALEXANDER HILL
USM Number: 26718-009

## AMENDED JUDGMENT & COMMITMENT

Due to a clerical error, the judgment and commitment entered in this case on April 2, 2013 (DE #65), is amended to correct the defendant's United States Marshals Number as 26718-009. The remaining portions of the Judgment will remain in full force and effect.

The Clerk is directed to provide a copy of this order to Counsel, the United States Probation Office, the United States Marshals Office.

IT IS SO ORDERED this 3th day of April, 2013.

_____
UNITED STATES DISTRICT JUDGE